PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **David Hellman**　　　　　　　　　　　　　　Docket No. **3:13-mj-02550-DEA-7**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Steven Casale** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **David Hellman**, who was placed under pretrial release supervision by the **Honorable Douglas E. Arpert** sitting in the Court at Trenton, New Jersey, on October 16, 2013, under the following conditions:

> $500,000 appearance bond with co-signors and secured by property, home incarceration with location monitoring, defendant permitted to leave residence for religious services, court appearances and medical necessities, surrender all passports/travel documents and do not apply for new travel documents, travel restricted to New Jersey unless otherwise approved by Pretrial Services, execute irrevocable waiver of extradition and avoid all contact with victims and witnesses unless in the presence of Counsel.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: **Mental health testing/treatment as directed by Pretrial Services; Change location monitoring condition from home incarceration to home detention.**

ORDER OF COURT

Considered and ordered this 23rd day of Dec., ___ and ordered filed and made a part of the records in the above case.

_____
Honorable Douglas E. Arpert
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2013

_____
Steven Casale
U.S. Pretrial Services Officer